IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CHERRY, DR. LANCE DYESS, IRA EDMONDSON, JIMMY JONES, RACHEL MCKINNEY, LINDA MIDDLETON and VICTOR STAFFORD, <br><br>Plaintiffs, <br><br>v. <br><br>AIG SUNAMERICA LIFE ASSURANCE COMPANY, f/k/a ANCHOR NATIONAL LIFE INSURANCE COMPANY, AXA EQUITABLE LIFE INSURANCE COMPANY, f/k/a THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, AXA DISTRIBUTORS, LLC, f/k/a EQUITABLE DISTRIBUTORS, LLC, KEMPER INVESTORS LIFE INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY and MAXINE CHAPPELL, <br><br>Defendants. | CIVIL ACTION NO. 1:07CV923-F |

## CONFLICT DISCLOSURE STATEMENT

COME NOW AXA Equitable Life Insurance Company ("AXA Equitable") and AXA Distributors, LLC ("AXA Distributors"), Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.  The following entities and their relationship to the party are hereby reported on behalf of AXA Equitable:

AllianceBernstein Holding L.P. is a publicly traded, indirect affiliate of AXA Equitable.

AXA Equitable is an indirect wholly owned subsidiary of AXA Financial, Inc. AXA Financial, Inc. does not have publicly traded equity securities, but does have publicly traded debt securities. AXA Financial, Inc. is an indirect wholly owned subsidiary of AXA, a société anonyme organized under the laws of the Republic of France. The principal trading market for AXA's ordinary shares is the Premier March of Euronext Paris S.A. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

2. The following entities and their relationship to the party are hereby reported on behalf of AXA Distributors:

AXA Distributors is an affiliate of AXA Equitable. AXA Distributors is related to each of the entities in paragraph 1, above.

Respectfully submitted,

*/s/ Andrea Greene*
A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)
Attorneys for Defendants AXA Equitable Life
Insurance Company and AXA Distributors, LLC

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Conflict Discolsure Statement has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Richard S. Frankowski
BURKE, HARVEY and FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama 35205

Thomas E. Baddley, Jr.
Baddley & Mauro, LLC
2545 Highland Avenue, Suite 201
Birmingham, AL  35205

on this the 12th day of October, 2007.

_Andrea Greene_
OF COUNSEL