IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOUGLAS CHERRY, DR. LANCE DYESS, )
IRA EDMONDSON, JIMMY JONES, )
RACHEL MCKINNEY, LINDA )
MIDDLETON and VICTOR STAFFORD, )
                                               ) CIVIL ACTION NO. 1:07CV923-F
    Plaintiffs, )
 )
v. )
 )
AIG SUNAMERICA LIFE ASSURANCE )
COMPANY, f/k/a ANCHOR NATIONAL )
LIFE INSURANCE COMPANY, AXA )
EQUITABLE LIFE INSURANCE )
COMPANY, f/k/a THE EQUITABLE LIFE )
ASSURANCE SOCIETY OF THE UNITED )
STATES, AXA DISTRIBUTORS, LLC, f/k/a )
EQUITABLE DISTRIBUTORS, LLC, )
KEMPER INVESTORS LIFE INSURANCE )
COMPANY, HARTFORD LIFE )
INSURANCE COMPANY and MAXINE )
CHAPPELL, )
 )
    Defendants. )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kemper Investors Life Insurance Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    The entities in the statement attached as Exhibit A and their relationship to the party are hereby reported on behalf of Kemper Investors Life Insurance Company.

Respectfully submitted,

*[signature: Andrea Greene]*

A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)
Attorneys for Defendants AXA Equitable Life
Insurance Company and AXA Distributors, LLC

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Conflict Disclosure Statement has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Richard S. Frankowski
BURKE, HARVEY and FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama 35205

Thomas E. Baddley, Jr.
Baddley & Mauro, LLC
2545 Highland Avenue, Suite 201
Birmingham, AL 35205

on this the 12th day of October, 2007.

_Andrea Freese_
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CHERRY, DR. LANCE DYESS, IRA EDMONDSON, JIMMY JONES, RACHEL MCKINNEY, LINDA MIDDLETON and VICTOR STAFFORD, <br><br> Plaintiffs, <br><br> v. <br><br> AIG SUNAMERICA LIFE ASSURANCE COMPANY, f/k/a ANCHOR NATIONAL LIFE INSURANCE COMPANY, AXA EQUITABLE LIFE INSURANCE COMPANY, f/k/a THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, AXA DISTRIBUTORS, LLC, f/k/a EQUITABLE DISTRIBUTORS, LLC, KEMPER INVESTORS LIFE INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY and MAXINE CHAPPELL, <br><br> Defendants. | CIVIL ACTION NO. _____ |

**EXHIBIT A TO
KEMPER INVESTORS LIFE INSURANCE COMPANY'S
CONFLICT DISCLOSURE STATEMENT**

STATEMENT AS OF JUNE 30, 2007 OF THE KEMPER INVESTORS LIFE INSURANCE COMPANY

# SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
## PART 1 - ORGANIZATIONAL CHART

| Company | FEIN | NAIC | Domiciled | Ownership | % |
|---|---|---|---|---|---|
| Aktiengesellschaft Assuricum | N/A | N/A | Switzerland | Zurich Insurance Company | 99.60 |
| Allied Zurich Holdings Limited | N/A | N/A | CI | Zurich Group Holding | 100.00 |
| Allied Zurich PLC | N/A | N/A | UK | Zurich Financial Services | 100.00 |
| American Guarantee & Liability Insurance Co. | 36-6071400 | 26247 | NY | Zurich American Insurance Company | 100.00 |
| American Zurich Insurance Company | 36-3141762 | 40142 | IL | Steadfast Insurance Company | 100.00 |
| Assurance Company of America | 13-6081895 | 19305 | NY | Maryland Casualty Company | 100.00 |
| BG Investments Ltd. | N/A | N/A | BDA | Aktiengesellschaft Assuricum | 04.58 |
| BG Investments Ltd. | N/A | N/A | BDA | Zurich Insurance Company | 95.42 |
| Centre Financial Services Holdings Limited | N/A | N/A | BDA | Centre Group Holdings Limited | 100.00 |
| Centre Group Holdings (US) Limited | 13-4038482 | N/A | DE | Centre Reinsurance Limited | 100.00 |
| Centre Group Holdings Limited | N/A | N/A | BDA | CMSH Limited | 100.00 |
| Centre Insurance Company | 13-2653231 | 34649 | DE | Centre Solutions Holdings (Delaware) Limited | 100.00 |
| Centre Life Insurance Company | 04-1589940 | 80896 | MA | Centre Solutions (US) Limited | 100.00 |
| Centre Reinsurance (US) Limited | N/A | N/A | BDA | Centre Reinsurance Holdings (Delaware) Limited | 100.00 |
| Centre Reinsurance Holdings (Delaware) Limited | 13-3605775 | N/A | DE | Orange Stone Reinsurance | 100.00 |
| Centre Reinsurance Limited | N/A | N/A | BDA | Centre Solutions (Bermuda) Limited | 100.00 |
| Centre Solutions (Bermuda) Limited | N/A | N/A | BDA | Centre Group Holdings Limited | 100.00 |
| Centre Solutions (US) Limited | N/A | N/A | BDA | Centre Group Holdings (US) Limited | 100.00 |
| Centre Solutions Holdings (Delaware) Limited | 13-4029185 | N/A | DE | Centre Solutions (US) Limited | 100.00 |
| CMSH Limited | N/A | N/A | BDA | Zurich Insurance Company | 64.70 |
| CMSH Limited | N/A | N/A | BDA | BG Investments Ltd. | 35.30 |
| Colonial American Casualty & Surety Co. | 52-1096670 | 34347 | MD | Fidelity & Deposit Company of Maryland | 100.00 |
| Constellation Reinsurance Company | 31-0908652 | 22144 | NY | Centre Reinsurance Holdings (Delaware) Limited | 100.00 |
| Crown Management Services Limited | 13-3971194 | N/A | DE | Orange Stone Holdings | 100.00 |
| Disability Management Services, Inc. | 06-1427246 | N/A | CT | Centre Reinsurance Limited | 40.00 |
| Diversified Specialty Risk | 76-0565226 | N/A | TX | American Guarantee & Liability Insurance Co. | 100.00 |
| Empire Fire & Marine Insurance Company | 47-5022701 | 21326 | NE | Zurich American Insurance Company | 100.00 |
| Empire Indemnity Insurance Company | 73-5091717 | 21334 | OK | Zurich American Insurance Company | 100.00 |
| Empire Management Services, Inc. | 47-0794581 | N/A | NE | Empire Fire & Marine Insurance Company | 100.00 |
| Farmers Group, Inc. | 95-0725935 | N/A | NV | Zurich Group Holding (see note 2) | 86.625 |
| Farmers Group, Inc. | 95-0725935 | N/A | NV | Allied Zurich Holdings Limited (see note 2) | 10.00 |
| Farmers Group, Inc. | 95-0725935 | N/A | NV | Sea Note 2 | 03.375 |
| Farmers New World Life Insurance Company | 91-0335750 | 63177 | WA | Farmers Group, Inc. | 100.00 |
| Farmers Reinsurance Company | 95-4850862 | 10873 | CA | Farmers Group, Inc. | 100.00 |
| Farmers Services, LLC | 35-2281892 | N/A | DE | ZFUS Services, LLC | 100.00 |
| Fidelity & Deposit Company of Maryland | 13-3046577 | 39306 | MD | Zurich American Insurance Company | 100.00 |
| Fire Underwriters Association | 95-2670247 | N/A | CA | Farmers Group, Inc. | 100.00 |
| Kemper Corporation | 36-6163781 | N/A | DE | Zurich Holding Company of America | 100.00 |
| Kemper Investors Life Insurance Company | 36-3050975 | 90557 | IL | Kemper Corporation | 100.00 |
| Kemper Portfolio Corp. | 36-3831195 | N/A | DE | Kemper Corporation | 100.00 |
| Keswick Realty, Inc. | 30-0165071 | N/A | IL | Zurich Services Corporation | 100.00 |
| KFC Portfolio Corp. | 36-3831197 | N/A | DE | Kemper Corporation | 100.00 |
| Leschi Life Assurance Company | 20-5623867 | 12888 | SC | Farmers New World Life Insurance Company | 100.00 |
| Maine Bonding and Casualty Co. | 01-0112825 | 19321 | ME | Maryland Casualty Company | 100.00 |
| Maryland Casualty Company | 52-0403120 | 19356 | MD | Zurich American Insurance Company | 100.00 |

17

STATEMENT AS OF JUNE 30, 2007 OF THE KEMPER INVESTORS LIFE INSURANCE COMPANY

# SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
## PART 1 - ORGANIZATIONAL CHART

| Company | FEIN | NAIC | Domiciled | Ownership | % |
|---|---|---|---|---|---|
| Maryland Insurance Company | 74-6017951 | 19348 | TX | Maryland Casualty Company | 100.00 |
| Minnesota Marketing Center, Inc. | 41-1904044 | N/A | MN | Empire Fire & Marine Insurance Company | 100.00 |
| National Standard Insurance Company | 74-1289478 | 19364 | TX | Maryland Casualty Company | 100.00 |
| Northern Insurance Company of New York | 13-5283360 | 19372 | NY | Maryland Casualty Company | 100.00 |
| Orange Store Holdings | N/A | N/A | IRE | CMSH Limited | 100.00 |
| Orange Store Reinsurance | N/A | N/A | IRE | Crown Management Services Limited | 100.00 |
| Risk Enterprise Management Limited | 13-3832689 | N/A | DE | Zurich Insurance Company | 100.00 |
| Steadfast Insurance Company | 52-0981481 | 26387 | DE | Zurich American Insurance Company | 100.00 |
| Sterling Forest LLC | 36-4233459 | N/A | DE | Zurich American Insurance Company | 100.00 |
| THIC Holdings LLC | Pending | N/A | NH | See Note 1 | 100.00 |
| Truck Underwriters Association | 95-2670330 | N/A | CA | Farmers Group, Inc. | 100.00 |
| Universal Underwriters Acceptance Corp. | 48-1148905 | N/A | KS | Zurich Holding Company of America | 100.00 |
| Universal Underwriters Insurance Company | 43-1249228 | 41181 | KS | Zurich American Insurance Company | 100.00 |
| Universal Underwriters Insurance Services, Inc. | 04-3126497 | N/A | MA | Universal Underwriters Management Company | 100.00 |
| Universal Underwriters Insurance Services of Alabama, Inc. | 63-1253055 | N/A | AL | Universal Underwriters Management Company | 100.00 |
| Universal Underwriters Insurance Services of Texas, Inc. | 76-0623911 | N/A | TX | Universal Underwriters Management Company | 100.00 |
| Universal Underwriters Life Ins. Co. | 43-0824418 | 70173 | KS | Universal Underwriters Insurance Company | 100.00 |
| Universal Underwriters Management Company | 75-2990954 | N/A | KS | Zurich Holding Company of America | 100.00 |
| Universal Underwriters of Texas Ins. Co. | 36-3139161 | 40843 | TX | Universal Underwriters Insurance Company | 100.00 |
| Universal Underwriters Service Corp. | 43-1269296 | N/A | MO | Zurich Holding Company of America | 100.00 |
| Universal Underwriters Service Corp. of Texas | 74-2418877 | N/A | TX | Zurich Holding Company of America | 100.00 |
| Valiant Insurance Company | 52-0976199 | 26811 | IA | Maryland Casualty Company | 100.00 |
| ZC Specialty Insurance Company | 74-1048815 | 24317 | TX | Centre Solutions (US) Limited | 100.00 |
| ZFS Finance, USA LLC I | 81-0680887 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZFS Finance, USA LLC II | 81-0680889 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZFS Finance, USA LLC III | 11-3764504 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZFS Finance (USA) LLC IV | 77-0684539 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZFS Finance (USA) LLC V | 77-0684542 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZSFH, LLC | 36-3096373 | N/A | DE | Zurich Holding Company of America | 100.00 |
| ZFUS Services, LLC | 20-5900744 | N/A | DE | ZFUS Services, LLC | 100.00 |
| ZNA Services, LLC | 02-0802795 | N/A | DE | Maryland Casualty Company | 100.00 |
| Zurich Agency Services, Inc. | 74-2717532 | N/A | TX | Maryland Casualty Company | 100.00 |
| Zurich Alternative Asset Management, LLC | 86-1164252 | N/A | DE | Zurich Holding Company of America | 100.00 |
| Zurich American Insurance Company | 36-4233459 | 16535 | NY | Zurich Holding Company of America | 100.00 |
| Zurich American Insurance Company of Illinois | 36-2781060 | 27855 | IL | American Zurich Insurance Company | 100.00 |
| Zurich Benefit Finance, LLC | 13-4166554 | N/A | DE | Zurich Holding Company of America | 100.00 |
| Zurich C2I Management Holding, Ltd. | 38-4412924 | N/A | DE | Zurich American Insurance Company | 100.00 |
| Zurich E&S Brokerage, Inc. | 95-4773780 | N/A | CA | Zurich American Insurance Company | 100.00 |
| Zurich Finance (USA), Inc | 36-4228642 | N/A | DE | Zurich Holding Company of America | 100.00 |
| Zurich Global Investment Management, LLC | 04-3729755 | N/A | DE | Zurich Holding Company of America | 100.00 |
| Zurich Global (Bermuda) Ltd. | N/A | N/A | BDA | Zurich Holding Company of America | 100.00 |
| Zurich Group Holding | N/A | N/A | Switzerland | Zurich Financial Services | 57.00 |
| Zurich Group Holding | N/A | N/A | Switzerland | Allied Zurich PLC | 43.00 |
| Zurich Holding Company of America | 36-3096373 | N/A | DE | Zurich Insurance Company | 99.87 |
| Zurich Holding Company of America | 36-3096373 | N/A | DE | Crown Management Services Limited | 00.13 |

17.1

STATEMENT AS OF JUNE 30, 2007 OF THE KEMPER INVESTORS LIFE INSURANCE COMPANY

# SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP

## PART 1 - ORGANIZATIONAL CHART

| Company | FEIN | NAIC | Domiciled | Ownership | % |
|---|---|---|---|---|---|
| Zurich Insurance Company | N/A | N/A | Switzerland | Zurich Group Holding | 100.00 |
| Zurich International (Bermuda) Ltd. | N/A | N/A | BDA | BG Investments Ltd. | 29.27 |
| Zurich International (Bermuda) Ltd. | N/A | N/A | BDA | Zurich Insurance Company | 30.31 |
| Zurich International (Bermuda) Ltd. | N/A | N/A | BDA | Aktiengesellscaft Assuricum | 40.42 |
| Zurich Latin America Corporation | 28-0590367 | N/A | DE | Zurich Services Corporation | 100.00 |
| Zurich Premium Finance Company | 47-0749225 | N/A | NE | Empire Fire & Marine Insurance Company | 100.00 |
| Zurich Premium Finance Company of California | 68-0273747 | N/A | CA | Empire Fire & Marine Insurance Company | 100.00 |
| Zurich Warranty Management Services LTD | N/A | N/A | UK | Zurich Services Corporation | 100.00 |
| Zurich Services Corp. | 36-3839542 | N/A | IL | Zurich Holding Company of America | 100.00 |
| Zurich Warranty Solutions, Inc. | 36-4453190 | N/A | IL | American Zurich Insurance Company | 100.00 |

Zurich Financial Services conducts its primary insurance operations in the United States through:
  (A) Two property/casualty groups, each operating INDEPENDENTLY with its own staff:
    Zurich U.S. Insurance Group
    Farmers Insurance Group

Note 1: THIC Holdings LLC is a limited liability company formed under the laws of the State of New Hampshire. The company is owned by the former creditors of Home Holdings, Inc. The management of THIC Holdings LLC is vested solely in THIC Holdings Management Corporation, a corporation organized under the laws of the State of New Hampshire. All issued and outstanding shares of THIC Holdings Management Corporation are owned as follows: CMSH Limited (f/k/a Global Asset Holdings Limited and, prior to that, Zurich Centre Group Holdings Limited) owns 50%, Delaware Corporate Management, Inc. owns 45.05%, and Trygg-Hansa Holding BV owns 4.95%.

Note 2: Ownership is allocated among three classes of common stock. The Class A shares are held by Zurich Group Holding, a Swiss company, and represent 86.625% of the voting rights. The Class B shares are held by Allied Zurich Holdings, Ltd., a Channel Islands company, and represent 10% of the voting rights. The Class C shares are broken down into six series. Two of these series are owned by Zurich Group Holding. Four of these series are owned by Delaware limited partnerships, of which Zurich Insurance Company, is the general partner and Zurich Group Holding is the limited partner. The Class C shares in total represent 3.375% of the voting rights of Farmers Group, Inc. Below are Class C ownership information and the corresponding voting percentages
  Class C-1 shares are owned by Zurich Group Holding and represent .600% of the voting rights.
  Class C-2 shares are owned by Zurich RegCaPs Funding Limited Partnership II and represent .450% of the voting rights.
  Class C-3 shares are owned by Zurich Group Holding and represent .675% of the voting rights.
  Class C-4 shares are owned by Zurich RegCaPs Funding Limited Partnership IV and represent .375% of the voting rights.
  Class C-5 shares are owned by Zurich RegCaPs Funding Limited Partnership V and represent .600% of the voting rights.
  Class C-6 shares are owned by Zurich RegCaPs Funding Limited Partnership VI and represent .675% of the voting rights.

17.2

STATEMENT AS OF JUNE 30, 2007 OF THE KEMPER INVESTORS LIFE INSURANCE COMPANY

## SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
### PART 1 - ORGANIZATIONAL CHART

| Company | FEIN | NAIC | Domiciled | Ownership | % |
|---|---|---|---|---|---|
| American Federation Insurance Company | 59-2326047 | 43699 | FL | Foremost Insurance Company Grand Rapids, Michigan | 100.00 |
| Civic Property & Casualty Co. | 95-4528269 | 10315 | CA | Farmers Insurance Exchange | 80.00 |
| Civic Property & Casualty Co. | 95-4528269 | 10315 | CA | Fire Insurance Exchange | 10.00 |
| Civic Property & Casualty Co. | 95-4528269 | 10315 | CA | Truck Insurance Exchange | 10.00 |
| Corvette General Agency, Inc. | 31-1368858 | NA | GA | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Exact Property & Casualty Co. | 95-4528266 | 10318 | CA | Farmers Insurance Exchange | 80.00 |
| Exact Property & Casualty Co. | 95-4528266 | 10318 | CA | Fire Insurance Exchange | 10.00 |
| Exact Property & Casualty Co. | 95-4528266 | 10318 | CA | Truck Insurance Exchange | 10.00 |
| Farmers Financial Solutions, LLC | 77-0530616 | N/A | NV | FFS Holding, LLC | 100.00 |
| Farmers Insurance Co. of Arizona | 95-2626387 | 21598 | AZ | Farmers Insurance Exchange | 70.00 |
| Farmers Insurance Co. of Arizona | 96-2626387 | 21598 | AZ | Truck Insurance Exchange | 20.00 |
| Farmers Insurance Co. of Arizona | 95-2626387 | 21598 | AZ | Fire Insurance Exchange | 10.00 |
| Farmers Insurance Co. of Idaho | 95-2626385 | 21601 | ID | Farmers Insurance Exchange | 80.00 |
| Farmers Insurance Co. of Idaho | 95-2626385 | 21601 | ID | Truck Insurance Exchange | 13.30 |
| Farmers Insurance Co. of Idaho | 95-2626385 | 21601 | ID | Fire Insurance Exchange | 06.70 |
| Farmers Insurance Co. of Oregon | 95-2855893 | 21636 | OR | Farmers Insurance Exchange | 90.00 |
| Farmers Insurance Co. of Oregon | 95-2855893 | 21636 | OR | Truck Insurance Exchange | 10.00 |
| Farmers Insurance Co. of Washington | 95-2655894 | 21644 | WA | Fire Insurance Exchange | 80.00 |
| Farmers Insurance Co. of Washington | 95-2655894 | 21644 | WA | Truck Insurance Exchange | 20.00 |
| Farmers Insurance Co., Inc. | 48-0609012 | 21628 | KS | Farmers Insurance Exchange | 70.00 |
| Farmers Insurance Co., Inc. | 48-0609012 | 21628 | KS | Truck Insurance Exchange | 20.00 |
| Farmers Insurance Co., Inc. | 48-0609012 | 21628 | KS | Fire Insurance Exchange | 10.00 |
| Farmers Insurance Exchange | 95-2575893 | 21652 | CA | Interinsurance Exchange - See Note 1 | 100.00 |
| Farmers Insurance of Columbus, Inc. | 31-0955373 | 36889 | OH | Farmers Insurance Exchange | 100.00 |
| Farmers New Century Insurance Company | 36-4165295 | 10806 | IL | Illinois Farmers Insurance Co. | 100.00 |
| Farmers Services Insurance Agency | 95-6048990 | NA | CA | Truck Insurance Exchange | 100.00 |
| Farmers Texas County Mutual Insurance Company | 74-1087857 | 24392 | TX | County Mutual Company - See Note 4 | |
| FFS Holding, LLC | 77-0530617 | N/A | NV | Mid Century Ins. Co. | 100.00 |
| Fire Insurance Exchange | 95-6235715 | 21660 | CA | Interinsurance Exchange - See Note 2 | |
| Federation Insurance Services of California, Inc. | 74-2087202 | NA | CA | Foremost Insurance Company Grand Rapids, Michigan | 100.00 |
| Foremost Affiliated Insurance Services, Inc. | 38-2336672 | NA | MI | Foremost Corporation of America | 100.00 |
| Foremost Affinity Services, Inc. | 38-2234183 | NA | MI | Foremost Corporation of America | 100.00 |
| Foremost Corporation of America | 38-1863522 | NA | MI | Farmers Insurance Exchange | 80.00 |
| Foremost Corporation of America | 38-1863522 | NA | MI | Fire Insurance Exchange | 10.00 |
| Foremost Corporation of America | 38-1863522 | NA | MI | Truck Insurance Exchange | 10.00 |
| Foremost County Mutual Insurance Company | 38-1721730 | 29254 | TX | County Mutual Company - See Note 5 | |
| Foremost Express Insurance Agency of Florida, Inc. | 38-3618037 | NA | FL | Foremost Express Insurance Agency, Inc. | 100.00 |
| Foremost Express Insurance Agency, Inc. | 38-2505922 | NA | MI | Foremost Corporation of America | 100.00 |
| Foremost Financial Services Corporation | 73-0462770 | NA | DE | Foremost Corporation of America | 100.00 |
| Foremost Home Brokers, Inc. | 38-2197432 | NA | MI | Foremost Corporation of America | 100.00 |
| Foremost Home Services Corporation | 38-2260224 | NA | MI | Foremost Corporation of America | 100.00 |
| Foremost Insurance Company Grand Rapids, Michigan | 38-1407533 | 11185 | MI | Foremost Corporation of America | 100.00 |
| Foremost Lloyds of Texas | 75-1779175 | 41688 | TX | Lloyds Company - See Note 6 | |
| Foremost Property and Casualty Insurance Company | 35-1604635 | 11800 | MI | Foremost Insurance Company Grand Rapids, Michigan | 100.00 |
| Foremost Real Estate Company Grand Rapids, Michigan | 38-2429514 | NA | MI | Foremost Corporation of America | 100.00 |

17.3

STATEMENT AS OF JUNE 30, 2007 OF THE KEMPER INVESTORS LIFE INSURANCE COMPANY

## SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
### PART 1 - ORGANIZATIONAL CHART

| Company | FEIN | NAIC | Domiciled | Ownership | % |
|---|---|---|---|---|---|
| Foremost Signature Insurance Company | 38-2430150 | 41513 | MI | Foremost Insurance Company Grand Rapids, Michigan | 100.00 |
| Frontier Insurance Agency, Inc. | 38-2987361 | NA | OR | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Illinois Farmers Insurance Co. | 36-2661515 | 21679 | IL | Farmers Insurance Exchange | 100.00 |
| Knight Agency, Inc. | 61-1281764 | NA | KY | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Mid Century Ins. Co. | 95-6016640 | 21687 | CA | Farmers Insurance Exchange | 85.00 |
| Mid Century Ins. Co. | 95-6016640 | 21687 | CA | Fire Insurance Exchange | 12.50 |
| Mid Century Ins. Co. | 95-6016640 | 21687 | CA | Truck Insurance Exchange | 02.50 |
| Mid Century Ins. Co. of Texas | 74-2448744 | 28673 | TX | Farmers Insurance Exchange | 100.00 |
| Neighborhood Spirit Property & Casualty Co. | 95-4528264 | 10317 | CA | Farmers Insurance Exchange | 80.00 |
| Neighborhood Spirit Property & Casualty Co. | 95-4528264 | 10317 | CA | Fire Insurance Exchange | 10.00 |
| Neighborhood Spirit Property & Casualty Co. | 95-4528264 | 10317 | CA | Truck Insurance Exchange | 10.00 |
| Pacific Way Insurance Agency, Inc. | 38-2987359 | NA | WA | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Sunrise Insurance Agency of Arizona, Inc. | 31-1360491 | NA | AZ | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Sunrise Insurance Agency of Texas, Inc. | 38-2987749 | NA | TX | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Sunrise Insurance Agency, Inc. | 88-0266963 | NA | NV | Foremost Affiliated Insurance Services, Inc. | 100.00 |
| Texas Farmers Insurance Co. | 94-1663548 | 21695 | TX | Farmers Insurance Exchange | 86.30 |
| Texas Farmers Insurance Co. | 94-1663548 | 21695 | TX | Mid Century Ins. Co. | 13.70 |
| Truck Insurance Exchange | 95-2575892 | 21709 | CA | Interinsurance Exchange - See Note 3 | |
| Western Star Underwriters, Inc. | 74-1593853 | NA | TX | Foremost Corporation of America | 100.00 |

Note 1: Farmers Insurance Exchange, formed and organized pursuant to California Insurance Code Section 1280, et seq., is managed by its attorney-in-fact, Farmers Group, Inc., dba Farmers Underwriters Association.
Note 2: Fire Insurance Exchange, formed and organized pursuant to California Insurance Code Section 1280, et seq., is managed by its attorney-in-fact, Fire Underwriters Association.
Note 3: Truck Insurance Exchange, formed and organized pursuant to California Insurance Code Section 1280, et seq., is managed by its attorney-in-fact, Truck Underwriters Association.
Note 4: Farmers Texas County Mutual Insurance Company, formed and organized pursuant to Chapter 17 of the Texas Insurance Code, is managed by Farmers Group, Inc., dba Farmers Underwriters Association
Note 5: Foremost County Mutual Insurance Company is managed by Foremost Insurance Company Grand Rapids, Michigan.
Note 6: Foremost Lloyds of Texas underwriters are officers and/or directors of Foremost Insurance Company Grand Rapids, Michigan.

17.4