IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CHERRY, DR. LANCE DYESS, IRA EDMONDSON, JIMMY JONES, RACHEL MCKINNEY, LINDA MIDDLETON and VICTOR STAFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>AIG SUNAMERICA LIFE ASSURANCE COMPANY, f/k/a ANCHOR NATIONAL LIFE INSURANCE COMPANY, AXA EQUITABLE LIFE INSURANCE COMPANY, f/k/a THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, AXA DISTRIBUTORS, LLC, f/k/a EQUITABLE DISTRIBUTORS, LLC, KEMPER INVESTORS LIFE INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY and MAXINE CHAPPELL,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-923-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW AIG SunAmerica Life Assurance Company ("AIG SunAmerica"), Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    The following entities and their relationship to the party are hereby reported on behalf of AIG SunAmerica:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, AIG SunAmerica Life Assurance Company, by counsel, discloses that it is a wholly-owned subsidiary of American

International Group, Inc. Based on information and belief, there are no other publicly held corporations that own 10 percent or more of its stock. AIG SunAmerica Life Assurance Company is not the parent of any publicly owned companies.

                              Respectfully submitted,

                              /s/ Andrea Morgan Greene
                              A. Inge Selden III (SEL003)
                              John N. Bolus (BOL022)
                              Andrea Morgan Greene (GRE102)
                              Attorneys for Defendant AIG SunAmerica

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Conflict Disclosure Statement has been served upon the following listed persons via electronic service as follows:

Richard S. Frankowski
BURKE, HARVEY and FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama 35205

Thomas E. Baddley, Jr.
Baddley & Mauro, LLC
2545 Highland Avenue, Suite 201
Birmingham, AL  35205

on this the 22nd day of October, 2007.


/s/ Andrea Morgan Greene
OF COUNSEL