IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CHERRY, *et al.*, | ) |
| | ) |
|    Plaintiffs | ) |
| v. | )   CASE NO. 1:07-cv-923-MEF |
| | ) |
| AIG SUNAMERICA LIFE ASSURANCE | ) |
| COMPANY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #18) filed on November 8, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before December 5, 2007. The plaintiffs may file a reply brief on or before December 12, 2007.

DONE this the 16th day of November, 2007.

                                               /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE