IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS CHERRY, DR. LANCE DYESS, IRA EDMONDSON, JIMMY JONES, RACHEL MCKINNEY, LINDA MIDDLETON, and VICTOR STAFFORD, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:07-CV-923-MEF |
| AIG SUN AMERICAL LIFE ASSURNACE COMPANY, f/k/a ANCHOR NATIONAL LIFE INSURANCE COMPANY, AXA EQUITABLE LIFE INSURANCE COMPLANY, f/k/a THE EQUTIABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, AXA DISTRIBUTORS, LLC, f/k/a EQUITABLE DISTRIBUTORS, LLC., KEMPER INVESTORS LIFE INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY, and MAXINE CHAPPELL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiffs, Douglas Cherry, Dr. Lance Dyess, Ira Edmondson, Jimmy Jones, Rachel McKinney, Linda Middleton and Victor Stafford, by and through their undersigned counsel, and hereby state, in accordance to the Court's instructions, that Plaintiffs are individuals with no reportable relationships under the provisions of the Middle District of Alabama's General Order No. 3047.

Date:   December 3, 2007.

                        Respectfully submitted,

                        s/ Richard S. Frankowski
                        Richard S. Frankowski (ASB-1734-h70f)
                        Peter H. Burke (AST 1995-k74p)
                        *Attorneys for Plaintiffs*

**OF COUNSEL:**
**BURKE HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, AL 35205
Tel:  205-930-9091
Fax:  205-930-9054
pburke@bhflegal.com
rfrankowski@bhflegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons via electronic filing using the Court's PACER system, on this the 3rd day of December, 2007, as follows:

Andrea Morgan Greene
John N. Bolus
A.Inge Seldon
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
205-254-1000
Fax: 205-254-1999
jbolus@mcglaw.com
agreene@maynardcooper.com
iselden@mcglaw.com
*Attorneys for Defendants AIG Sun America Life Assurance Co., AXA Equitable Life Insurance Co., AXA Distributors, LLC, Kemper Investors Life Insurance Co., and Hartford Life Insurance Co.*

Thomas E. Baddley, Jr.
Baddley & Mauro, LLC
2545 Highland Avenue
Suite 201
Birmingham, AL 35205
tbaddley@baddleymauro.com
*Attorney for Defendant Maxine Chappell*

                                                s/ Richard S. Frankowski
                                                OF COUNSEL