**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DOUGLAS CHERRY, DR. LANCE DYESS, IRA EDMONDSON, JIMMY JONES, RACHEL MCKINNEY, LINDA MIDDLETON and VICTOR STAFFORD,**<br><br>Plaintiffs,<br><br>v.<br><br>**AIG SUNAMERICA LIFE ASSURANCE COMPANY, f/k/a ANCHOR NATIONAL LIFE INSURANCE COMPANY, AXA EQUITABLE LIFE INSURANCE COMPANY, f/k/a THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, AXA DISTRIBUTORS, LLC, f/k/a EQUITABLE DISTRIBUTORS, LLC, KEMPER INVESTORS LIFE INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY and MAXINE CHAPPELL,**<br><br>Defendant. | **CIVIL ACTION NO. 1:07-CV-923-MEF** |

## DEFENDANTS' MOTION FOR ORAL ARGUMENT

Defendants AIG SunAmerica Life Assurance Company ("AIG SunAmerica"), AXA Equitable Life Insurance Company ("AXA Equitable"), AXA Distributors, LLC ("AXA Distributors"), Kemper Investors Life Insurance Company ("Kemper"), Hartford Life Insurance Company ("Hartford") and Maxine Chappell (collectively referred to as "Defendants"), hereby respectfully request that this Court grant the parties an opportunity to orally argue the issues presented by Defendants' Notice of Removal, Plaintiffs' Motion to Remand, Maxine Chappell's Motion to Dismiss and the parties' supporting briefs. Defendants respectfully submit that oral argument would be helpful to the Court in resolving the issues presented by the parties' submissions.

Respectfully submitted,

/s/ Andrea Morgan Greene
A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)
Attorneys for Defendants AIG SunAmerica Life Assurance Company, AXA Equitable Life Insurance Company, AXA Distributors, LLC, Hartford Life Insurance Company and Maxine Chappell

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Peter H. Burke
Richard S. Frankowski
BURKE, HARVEY and FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, Alabama 35205


on this the 14th day of December, 2007.


                          /s/ Andrea Morgan Greene
                          OF COUNSEL